IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00086-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. KIMBERLY PAGE,

      Defendant.

## ORDER EXONERATING BOND

This criminal action has proceeded to sentencing, where the defendant was placed on Probation. As a result, all the conditions of the appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED July 22, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge