IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00086-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

KIMBERLY PAGE,

      Defendant.

_____

### ORDER DISMISSING PROBATION VIOLATION PETITION

_____

    This matter comes before the Court upon request by the probation officer to dismiss the probation violation petition in this case.  The Court, having been advised in the facts and premises of the above case, hereby

    **ORDERS** that the petition for violation of probation, dated October 15, 2010, is hereby dismissed.  It is further

    **ORDERED** that the defendant is continued on probation under the current terms and conditions, and that the probation violation hearing scheduled for Friday, May 6, 2011, at 8:00 a.m., is **VACATED**.

    DATED May 3, 2011.

                BY THE COURT:


                 s/Philip A. Brimmer_____
                PHILIP A. BRIMMER
                United States District Judge